# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MAXI JUNIOR DORMEVIL,** *sui juris*
126 Normandy Road
Upper Darby, Pennsylvania 19082
Plaintiff,

**REC'D OCT 2 2 2025**

v.

**DELAWARE COUNTY CHILD SUPPORT ENFORCEMENT AGENCY,**
**JUDGE LINDA A. CARTISANO, In her individual and Official Capacities,**
**JUDGE RICHARD H. LOWE, In his individual and Official Capacity**
**And other Unnamed Officers, Employees, Clerks Of the Court, For the Delaware County**
**Court Of Common Pleas of Pennsylvania, in Their Individual and Official Capacity**
**Known hereafter as (Defendants)**

Defendants.

Civil Action No. _____

# COMPLAINT FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

*(42 U.S.C. §§ 1983, 1985, and Related Causes of Action)*

## I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. §§ 1983 and 1985.
2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343, as this case presents federal questions concerning violations of Plaintiff's constitutional rights.
3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as all events giving rise to this complaint occurred in Delaware County, Pennsylvania.

## II. PARTIES

4. Plaintiff **Maxi Junior Dormevil** is a private citizen of the United States, domiciled in Upper Darby, Pennsylvania, proceeding *sui juris*.

5. Defendant **Delaware County Child Support Enforcement Agency** ("CSEA") is a state-operated entity enforcing support obligations under color of state law.
6. Defendant **Judge Linda A. Cartisano** is or was a judge of the Delaware County Court of Common Pleas, acting under color of state law.
7. Defendant **Judge Richard H. Lowe** is or was a Judge responsible for filings, docketing, and issuing process in matters relevant to this complaint.
8. Unnamed Employees, Officers, Clerks Of the Court In their Official Capacity were acting under color of state law.
9. **Additional Defendants 1–3** are individuals whose names are presently unknown but whose conduct contributed to the violations alleged herein.

## III. STATEMENT OF FACTS

10. Plaintiff requested DNA testing to confirm or disprove paternity in connection with a child support action initiated by the Delaware County CSEA.
11. Plaintiff's request for DNA testing was denied without cause, violating procedural fairness.
12. Plaintiff was never afforded a full and fair hearing or trial before a final support order was entered.
13. Plaintiff was not properly served with process in the underlying action, depriving the court of personal jurisdiction.
14. Despite lack of notice and hearing, CSEA commenced garnishment of Plaintiff's wages, causing severe economic hardship.
15. Plaintiff alleges that Judge, Linda A. Cartisano, the Clerk, Rachel, the Prosecutor, and/or CSEA caused to be created or authorized **bid bonds, performance bonds**, and **appearance bonds** in Plaintiff's name without knowledge or consent.
16. These alleged instruments constitute financial securities; their creation and potential use without authorization amount to **fraudulent financial activity**, the details of which Plaintiff seeks to confirm through discovery.
17. Plaintiff expressly reserved all rights and stated non-consent to any contracts, yet Defendants proceeded to impose obligations without lawful agreement.
18. Judge Cartisano allegedly threatened Plaintiff with arrest for attempting to assert his legal rights in court, constituting coercion and abuse of judicial authority.
19. By denying Plaintiff the right to speak, present evidence, and rebut presumptions, Defendants deprived Plaintiff of access to the courts and due process.
20. Plaintiff believes that certain undisclosed financial instruments connected with his case may have been converted or traded as securities without disclosure or proper reporting, to be determined through discovery.
21. As a result of the foregoing acts, Plaintiff has suffered economic loss, emotional distress, reputational damage, and the deprivation of fundamental constitutional rights.

## IV. CAUSES OF ACTION

## COUNT 1 — Deprivation of Rights Under Color of Law (42 U.S.C. § 1983)

22. Defendants, acting under color of law, deprived Plaintiff of rights secured by the Fifth and Fourteenth Amendments, including:

- Due process of law;
- Equal protection;
- Access to the courts; and
- Freedom from coercion and arbitrary power.

23. These rights have been recognized as fundamental in:

- *Goldberg v. Kelly*, 397 U.S. 254 (1970);
- *Mathews v. Eldridge*, 424 U.S. 319 (1976);
- *Fuentes v. Shevin*, 407 U.S. 67 (1972);
- *Boddie v. Connecticut*, 401 U.S. 371 (1971);
- *Cleveland Bd. of Educ. v. Loudermill*, 470 U.S. 532 (1985).

---

## COUNT 2 — Fraud and Unjust Enrichment

24. Defendants knowingly caused or allowed unauthorized financial instruments to be issued in Plaintiff's name and collected funds under color of law.
25. Defendants concealed material facts and used false pretenses, constituting fraud.
26. Defendants were unjustly enriched at Plaintiff's expense.

---

## COUNT 3 — Involuntary Servitude and Forced Labor (13th Amendment)

27. By compelling Plaintiff to surrender earnings under threat of arrest and without lawful process, Defendants subjected Plaintiff to involuntary servitude.

---

## COUNT 4 — Threats, Coercion, and Abuse of Power

28. Defendants used threats of incarceration and coercion to compel compliance and suppress Plaintiff's defense, violating the First, Fifth, and Fourteenth Amendments.

---

## COUNT 5 — Failure of Service and Lack of Jurisdiction

29. Plaintiff was never properly served, depriving the court of jurisdiction and rendering its orders void *ab initio*.

---

## COUNT 6 — Securities Fraud (Unauthorized Bonds)

30. Plaintiff alleges upon information and belief that Defendants, acting collectively or individually, created or allowed issuance of bid, performance, and appearance bonds tied to Plaintiff's case without consent.
31. Such instruments may have been converted or traded as securities without disclosure, constituting fraud under color of law.
32. Plaintiff seeks discovery and accounting to determine the nature and use of these instruments.

---

## COUNT 7 — Financial Misconduct / Failure to Report and Account

33. Plaintiff believes that the financial instruments or proceeds derived from them were not publicly disclosed or properly reported to the Internal Revenue Service or appropriate oversight bodies.
34. Plaintiff seeks an accounting and full transparency of any such instruments or financial transactions related to his case.
35. Qualified immunity does not protect officials who knowingly violate clearly established constitutional rights. *Harlow v. Fitzgerald*, 457 U.S. 800 (1982); *Malley v. Briggs*, 475 U.S. 335 (1986).

---

## V. DAMAGES AND RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendants violated Plaintiff's constitutional rights;

B. Declare all child support judgments or orders void for lack of due process and jurisdiction;

C. Order immediate cessation of garnishment and refund of unlawfully taken funds;

D. Order release of any bonds or financial instruments issued in Plaintiff's name without consent;

E. Award compensatory damages in the amount of **$500,000**;

F. Award punitive damages in the amount of **$2,000,000**;

G. Award costs of this action and any other relief the Court deems just and proper.

---

## VI. JURY DEMAND

A. Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

By Executer of the Trust, Maxi-Junior dormevil
**Maxi Junior Dormevil**, *sui juris*
126 Normandy Road
Upper Darby, Pennsylvania 19082
(484) 466-1123
Email: maxidormeviljr@gmail.com

Dated: October, 21, 2025

# EXIBIT (A)

THIS CONTRACT SHOWS THAT I NEVER SIGNED IT OR CONSENTED AND I WAS NEVER PROPERLY SERVED

**In the Court of Common Pleas of DELAWARE County, Pennsylvania**
DOMESTIC RELATIONS SECTION

| | |
|---|---|
| MICHELE DORMEVIL | ) Docket Number          2023-00908 |
| Plaintiff | ) |
| vs. | ) PACSES Case Number: 396302186 |
| MAXI DORMEVIL JR | ) |
| Defendant | ) Other State ID Number: |

## ORDER OF COURT - APPEAR AT A MODIFICATION CONFERENCE

◉ Initial Conference       ○ Rescheduled Conference

You, MICHELE DORMEVIL, Respondent have been sued in Court to modify an existing support order. You, MICHELE DORMEVIL Respondent, and You, MAXI DORMEVIL JR Petitioner, are ordered to appear DOMESTIC RELATIONS SECTION on the 25TH DAY OF FEBRUARY, 2025 at 8:00AM for a conference and remain until dismissed by the Court. If the Petitioner of this action fails to appear as provided in this Order, this petition may be dismissed. If the Respondent of this action fails to appear as provided in this Order, an Order for Modification may be entered against the Respondent.

If ordered to appear in person, the address is: C/O CURRAN BUILDING, PO BOX 543, SECOND AND ORANGE STREETS, MEDIA, PA. 19063

You are further required to bring to the conference:

1. A true copy of your most recent Federal Income Tax Return, including W-2s, as filed;
2. Your pay stubs for the preceding six (6) months;
3. The Income Statement and the appropriate Expense Statement, if required, attached to this order, completed as required by Rule 1910.11 (c);
4. Net income from business or dealings in property;
5. All business tax returns with all schedules and attachments, if applicable;
6. Verification of child care expenses;
7. Proof of medical coverage which you may have, or may have available to you;
8. If a physician has determined that a medical condition affects your ability to earn income you must obtain a Physician Verification Form from the domestic relations section, sign it, have it completed by your doctor, and bring it with you to the conference.
   If you intend to offer the Physician Verification Form as evidence at any record proceeding, you must comply with the timeframes established by PA Rule of Civil Procedure 1910.29(b)(2);
9. Information relating to professional licenses; and,
10. Other:





Service Type M

Form OM-503 01/23
Worker ID 23208

DOMESTIC RELATIONS SECTION
PO BOX 543
MEDIA PA 19063

 MAXI DORMEVIL JR
126 NORMANDY RD
UPPER DARBY PA 19082

The Pennsylvania Child Support Program website provides a fast and easy way to access child support information, view case details and submit court documents to your county Domestic Relations Section.  Please register at www.childsupport.state.pa.us where you can:

- Add or update your personal contact information (i.e. address, home and/or mobile telephone number, email, etc.)
- Change your password
- Update your communication preferences to either opt-in or opt-out of receiving correspondence by mobile telephone/text messaging and/or email (Note: to ensure email messages are delivered to your inbox, please add ra-pacses@pa.gov to your address book)
- Submit employment information and/or other new information regarding your support case
- Electronically submit court documents such as the Complaint for Support or Petition for Modification directly to your county Domestic Relations Section
- View specific child support case information including payment information, scheduled events (i.e. conferences, hearings, etc.) and docket information

Registered Child Support Program website users can update their information by selecting the link "I Would Like To Provide New Information" on their Child Support website profile.  Additional information available on the website allows you to:

- Contact your county DRS
- Estimate your child support amount
- Access child support forms
- View frequently asked questions
- Learn how to establish paternity

You may be eligible for the Earned Income Tax Credit or EITC. The EITC is a special tax benefit for people who work full-time or part-time. For more information, look at the website www.irs.gov/eitc or call 1-800-829-1040.

Generic Address Sheet
Service Type M

Form CM-521 02/18
Worker ID 23208

In the Court of Common Pleas of DELAWARE County, Pennsylvania
DOMESTIC RELATIONS SECTION

MICHELE DORMEVIL
           Plaintiff

vs.

MAXI DORMEVIL JR
           Defendant

) Order Number:       2023-00908
) PACSES Case Number: 396302186
)
) Docket Number:     2023-00908
)
) Other State ID Number:

### ORDER OF COURT - ALLOCATED
◯ Final    ⦿ Interim    ◯ Modified

**AND NOW,** 19TH DAY OF JULY, 2023, based upon the Court's determination that the Payee's monthly net income is $3,943.87 and the Payor's monthly net income is $5,452.39, it is hereby ordered that the Payor pay to the Pennsylvania State Collection and Disbursement Unit NINE HUNDRED FIFTY-THREE DOLLARS AND FIFTY-FIVE CENTS Dollars ($953.55) a month payable WEEKLY as follows: first payment due IMMEDIATELY. The effective date of the order is 06/27/23.

Arrears set at $1,021.89 as of JULY 19, 2023 are due in full IMMEDIATELY. All terms of this Order are subject to collection and/or enforcement by contempt proceedings, credit bureau reporting, tax refund offset certification, passport denial certification, driver's/ professional/recreational license revocation, interception of lottery winnings, and the freeze and seize of financial assets. These enforcement/collection mechanisms will not be initiated as long as obligor does not owe overdue support. Failure to make each payment on time and in full will cause all arrears to become subject to immediate collection by all the means listed above.

For the Support of:

    Name

ERIN DORMEVIL

<u>Birth Date</u>
02/27/07



Form OE-518 06/17
Worker ID 23105



Service Type M

DOMESTIC RELATIONS SECTION
PO BOX 543
MEDIA PA 19063



MAXI DORMEVIL JR
126 NORMANDY RD
UPPER DARBY PA 19082

The Pennsylvania Child Support Program website provides a fast and easy way to access child support information, view case details and submit court documents to your county Domestic Relations Section.  Please register at www.childsupport.state.pa.us where you can:

- Add or update your personal contact information (i.e. address, home and/or mobile telephone number, email, etc.)
- Change your password
- Update your communication preferences to either opt-in or opt-out of receiving correspondence by mobile telephone/text messaging and/or email (Note: to ensure email messages are delivered to your inbox, please add ra-pacses@pa.gov to your address book)
- Submit employment information and/or other new information regarding your support case
- Electronically submit court documents such as the Complaint for Support or Petition for Modification directly to your county Domestic Relations Section
- View specific child support case information including payment information, scheduled events (i.e. conferences, hearings, etc.) and docket information

Registered Child Support Program website users can update their information by selecting the link "I Would Like To Provide New Information" on their Child Support website profile.  Additional information available on the website allows you to:

- Contact your county DRS
- Estimate your child support amount
- Access child support forms
- View frequently asked questions
- Learn how to establish paternity

You may be eligible for the Earned Income Tax Credit or EITC. The EITC is a special tax benefit for people who work full-time or part-time. For more information, look at the website www.irs.gov/eitc or call 1-800-829-1040.

Generic Address Sheet
Service Type M

Form CM-521 02/18
Worker ID 23105

## In the Court of Common Pleas of DELAWARE County, Pennsylvania
### DOMESTIC RELATIONS SECTION

MICHELE DORMEVIL
              Plaintiff

vs.

MAXI DORMEVIL JR

           Defendant

) Order Number:         2023-00908
) PACSES Case Number: 396302186
) Docket Number:        2023-00908
) Other State ID Number:

### ORDER OF COURT - ALLOCATED
○ Final    ⦿ Interim    ○ Modified

**AND NOW**, 19TH DAY OF JULY, 2023, based upon the Court's determination that the Payee's monthly net income is $3,943.87 and the Payor's monthly net income is $5,452.39, it is hereby ordered that the Payor pay to the Pennsylvania State Collection and Disbursement Unit NINE HUNDRED FIFTY-THREE DOLLARS AND FIFTY-FIVE CENTS Dollars ($953.55) a month payable WEEKLY as follows: first payment due IMMEDIATELY.  The effective date of the order is 06/27/23.

Arrears set at $1,021.89 as of JULY 19, 2023 are due in full IMMEDIATELY.  All terms of this Order are subject to collection and/or enforcement by contempt proceedings, credit bureau reporting, tax refund offset certification, passport denial certification, driver's/ professional/recreational license revocation, interception of lottery winnings, and the freeze and seize of financial assets.  These enforcement/collection mechanisms will not be initiated as long as obligor does not owe overdue support.  Failure to make each payment on time and in full will cause all arrears to become subject to immediate collection by all the means listed above.

For the Support of:

| Name | Birth Date |
|------|------------|
| ERIN DORMEVIL | 02/27/07 |



Service Type M

Form OE-518 06/17
Worker ID 23105

DORMEVIL v. DORMEVIL                    PACSES Case Number: 396302186

Within thirty (30) days after the entry of this order, the ☒ Plaintiff ☐ Defendant shall submit to the other party and to the Domestic Relations Section written proof that medical insurance coverage has been obtained or that application for coverage has been made.  Proof of coverage shall consist, at a minimum, of : 1) the name of the health care coverage provider(s); 2) any applicable identification numbers; 3) any cards evidencing coverage; 4) the address to which claims should be made; 5) a description of any restrictions on usage, such as prior approval for hospital admissions, and the manner of obtaining approval; 6) a copy of the benefit booklet or coverage contract; 7) a description of all deductibles and co-payments; and 8) five copies of any claim forms.

Other Conditions:

✳ DEFENDANT CONTESTED SPOUSAL SUPPORT.

✳ DEFENDANT ALSO CONTESTED THIS ORDER FOR BEING ENTERED.

Defendant shall pay the following fees:

| Fee Total | Fee Description | Payment Frequency | |
|-----------|-----------------|-------------------|---|
| $ 40.25 | for JUDICIAL COMPUTER FEE | Payable at $0.00 | per ONE TIME |
| $ | for | Payable at $ | per |
| $ | for | Payable at $ | per |
| $ | for | Payable at $ | per |
| $ | for | Payable at $ | per |



Service Type M                    Page 3 of 4                    Form OE-518 06/17
                                                                 Worker ID 23105

# In the Court of Common Pleas of DELAWARE County, Pennsylvania

### DOMESTIC RELATIONS SECTION

### PO BOX 543, MEDIA, PA. 19063

**Phone:** (610) 891-4314          FEBRUARY 3, 2025          **Fax:** (610) 891-1959

MICHELE DORMEVIL                                ) Docket Number:          2023-00908
          Plaintiff                           )
vs.                                                             ) PACSES Case Number: 396302186
                                                                )
MAXI DORMEVIL JR                                )
          Defendant                         ) Other State ID Number:

**Please note: All correspondence must include the PACSES Case Number.**

## <u>Income Statement</u>

### THIS FORM MUST BE FILLED OUT AND YOU MUST PROVIDE DOCUMENTS TO SUPPORT ALL AMOUNTS PROVIDED IN THIS INCOME STATEMENT

(If you are self-employed or if you are salaried by a business of which you are owner in whole or in part, you must also fill out the Supplemental Income Statement which appears below.)

INCOME STATEMENT OF

_____          _____
       (Name)                                                                  (PACSES Number)

I verify that the statements made in this Income Statement are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Date: _____          _____
                                                                  Plaintiff or Defendant

INCOME
Employer: _____
Address: _____
Type of Work: _____
Payroll Number: _____
Pay Period (weekly, biweekly, etc): _____
     Gross Pay per Pay Period  $ _____
     Itemized Payroll Deductions: _____
     Federal Withholding       $ _____
     FICA                           _____
     Local Wage Tax                 _____
     State Income Tax               _____
     Mandatory Retirement           _____
     Union Dues                     _____
     Health Insurance               _____
     Other (specify)                _____

     _____               _____
     _____               _____

   Net Pay per Pay Period:                    $ _____



Service Type M

Form IN-008 07/15
Worker ID 23208

Income Statement (Continued)                    PACSES Case Number: 396302186

SUPPLEMENTAL INCOME STATEMENT  (You only need to complete the below portion if you are self-employed or if you are salaried by a business of which you are owner in whole or in part)

(a) This form is to be filled out by a person (check one):
○  (1) who operates a business or practices a profession, or
○  (2) who is a member of a partnership or joint venture, or
○  (3) who is a shareholder in and is salaried by a closed corporation or similar entity.

(b) Attach to this statement a copy of the following documents relating to the partnership. joint venture, business, profession, corporation or similar entity:
(1) the most recent Federal Income Tax Return, and
(2) the most recent Profit and Loss Statement.

(c) Name of business: _____
Address and telephone number: _____
_____

(d) Nature of business
(check one)
○  (1) partnership
○  (2) joint venture
○  (3) profession
○  (4) closed corporation
○  (5) other

(e) Name of accountant, controller or other person in charge of financial records:

_____

(f) Annual income from business: _____
(1) How often is income received? _____
(2) Gross income per pay period: _____
(3) Net income per pay period: _____
(4) Specific deductions, if any: _____



Service Type M                    Page 3 of 3                    Form IN-008 07/15
                                                                 Worker ID 23208

## In the Court of Common Pleas of DELAWARE County, Pennsylvania

DOMESTIC RELATIONS SECTION

PO BOX 543, MEDIA, PA. 19063

**Phone:** (610) 891-4314          FEBRUARY 3, 2025          **Fax:** (610) 891-1959

MICHELE DORMEVIL
                Plaintiff

vs.

MAXI DORMEVIL JR
                Defendant

)  Docket Number:          2023-00908
)
)  PACSES Case Number: 396302186
)
)  Other State ID Number:

**Please note: All correspondence must include the PACSES Case Number.**

### Guidelines Expense Statement

EXPENSE STATEMENT OF

_____          _____
      (Name)                                                              (Pacses Number)

I verify that the statements made in this Expense Statement are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Date: _____          _____
                                         Plaintiff or Defendant

**Instructions:** Guidelines Expense Statement - This form should only be completed when:

    1) You are requesting an adjustment to the amount of support pursuant to Rule 1910.16-5 because of unusual needs and unusual fixed obligations, other support obligations, medical expenses not covered by insurance, or any other relevant factors, or

    2) You are requesting that the other party share in the following expenses pursuant to Rule 1910.16-6: child care expenses, health insurance premiums, unreimbursed medical expenses, private school tuition, summer camp, or other needs, or mortgage payment.

    You must provide documents to support all amounts provided in this Expense Statement

|  | Weekly | Monthly | Yearly |
|---|---|---|---|
|  | (Fill in Appropriate Column) | | |
| Mortgage (including real estate taxes and homeowner's insurance) or Rent | $ | $ | $ |
| Health Insurance Premiums |  |  |  |
| Unreimbursed Medical Expenses: |  |  |  |
| Doctor |  |  |  |
| Dentist |  |  |  |
| Orthodontist |  |  |  |
| Hospital |  |  |  |
| Medicine |  |  |  |
| Special Needs (glasses, braces, orthopedic devices, therapy) |  |  |  |



Service Type M

Form IN-008 07/15

Worker ID 23208

# PA Child Support Program

## Case Level Details

○ Case Id: 396302186

**Dormevil, Michele . vs Dormevil, Maxi . JR**

Account balance as of Wednesday February 05,2025 is: $655.57

The following are the 52 payments made to you in 2024:

| No. | Issue Date | Payment Method | Check Number | Amount | Status |
|-----|-----------|----------------|--------------|--------|--------|
| 1 | 12/26/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 2 | 12/20/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 3 | 12/13/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 4 | 12/06/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 5 | 11/29/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 6 | 11/22/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 7 | 11/15/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 8 | 11/08/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 9 | 11/01/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 10 | 10/25/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 11 | 10/18/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 12 | 10/11/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 13 | 10/04/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 14 | 09/27/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 15 | 09/20/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 16 | 09/13/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 17 | 09/06/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 18 | 08/30/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 19 | 08/23/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 20 | 08/16/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 21 | 08/09/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 22 | 08/05/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 23 | 07/26/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 24 | 07/19/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 25 | 07/12/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 26 | 07/05/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 27 | 06/28/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 28 | 06/20/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 29 | 06/14/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 30 | 06/07/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 31 | 05/31/2024 | PA.ChildSupportCard | | $220.05 | Deposited |

Case Level Details

| | | | | | |
|---|---|---|---|---|---|
| 32 | 05/24/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 33 | 05/17/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 34 | 05/10/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 35 | 05/03/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 36 | 04/26/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 37 | 04/19/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 38 | 04/12/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 39 | 04/05/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 40 | 03/29/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 41 | 03/22/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 42 | 03/15/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 43 | 03/08/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 44 | 03/01/2024 | PA.ChildSupportCard | | $185.05 | Deposited |
| 45 | 02/23/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 46 | 02/16/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 47 | 02/09/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 48 | 02/02/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 49 | 01/26/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 50 | 01/19/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 51 | 01/12/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| 52 | 01/05/2024 | PA.ChildSupportCard | | $220.05 | Deposited |
| **Total Amount** | | | | **$11,407.60** | |

**View Amount due for the current month and your arrears balance**
Only payments made to Dormevil, Michele . are displayed. Any payments sent to any party other than Dormevil, Michele . will not be displayed. Paymen to other parties may include payments to welfare and to other states.

**Child Support and Spousal Support Information:**
Note that the timing of the receipt of your support payments may change because the Pennsylvania Supreme Court's Rules of Civil Procedure, Rule 1910 7(d), requires that support payments received MUST first be applied to meet an obligor's child support obligations(s). Each month's current child suppor obligation(s) MUST be paid in full before payment is applied to any spousal support obligation(s).

**Questions about how support is distributed in Pennsylvania?**
**Check Information:**
Please allow 15 days for a check to arrive. If 15 days have elapsed since the check issue date or if you have any other payment related questions, please call SCDU at (877) 727-7238.
**Direct Deposit Information:**
Please allow 4 days for a direct deposit to be credited to your account. If 4 days have elapsed since the issue date or if you have any other payment rela questions, please call SCDU at (877) 727-7238.
**PA.EPPICard Information:**
Please allow 4 days for a payments to be credited to your PA.EPPICard. If 4 days have elapsed since the issue date or if you have any other payment rela questions, please call PA.EPPICard at 1-800-304-1669

For further information contact your Domestic Relations Section

Return to View Payment Information

# PA Child Support Program

## Case Level Details



● Case Id: 396302186

**Dormevil, Michele . vs Dormevil, Maxi . JR**

Account balance as of Wednesday February 05,2025 is: $655.57

The following are the 5 payments made to you in 2025:

| No. | Issue Date | Payment Method | Check Number | Amount | Status |
|-----|------------|----------------|--------------|--------|--------|
| 1 | 01/31/2025 | PA.ChildSupportCard | | $179.80 | Deposited |
| 2 | 01/24/2025 | PA.ChildSupportCard | | $220.05 | Deposited |
| 3 | 01/20/2025 | PA.ChildSupportCard | | $220.05 | Deposited |
| 4 | 01/10/2025 | PA.ChildSupportCard | | $220.05 | Deposited |
| 5 | 01/02/2025 | PA.ChildSupportCard | | $220.05 | Deposited |
| **Total Amount** | | | | **$1,060.00** | |

View Amount due for the current month and your arrears balance
Only payments made to Dormevil, Michele . are displayed. Any payments sent to any party other than Dormevil, Michele . will not be displayed. Payments to other parties may include payments to welfare and to other states.

**Child Support and Spousal Support Information:**
Note that the timing of the receipt of your support payments may change because the Pennsylvania Supreme Court's Rules of Civil Procedure, Rule 1910 7(d), requires that support payments received MUST first be applied to meet an obligor's child support obligations(s). Each month's current child support obligation(s) MUST be paid in full before payment is applied to any spousal support obligation(s).

Questions about how support is distributed in Pennsylvania?
**Check Information:**
Please allow 15 days for a check to arrive. If 15 days have elapsed since the check issue date or if you have any other payment related questions, please call SCDU at  (877) 727-7238.
**Direct Deposit Information:**
Please allow 4 days for a direct deposit to be credited to your account.If 4 days have elapsed since the issue date or if you have any other payment related questions, please call SCDU at  (877) 727-7238.
**PA.EPPICard Information:**
Please allow 4 days for a payments to be credited to your PA.EPPICard.If 4 days have elapsed since the issue date or if you have any other payment related questions, please call PA.EPPICard at  1-800-304-1669

For further information contact your Domestic Relations Section

Return to View Payment Information

## In the Court of Common Pleas of DELAWARE County, Pennsylvania
### DOMESTIC RELATIONS SECTION

MICHELE DORMEVIL

         Plaintiff

vs.

MAXI DORMEVIL JR

         Defendant

) Docket Number:     2023-00908
)
) PACSES Case Number: 396302186
)
) Other State ID Number:

## PETITION FOR MODIFICATION
## <u>OF AN EXISTING SUPPORT ORDER</u>

1. The petition of MAXI DORMEVIL JR respectfully represents that on JULY 19, 2023, an

Order of Court was entered for the support of

ERIN DORMEVIL

A true and correct copy of the order is attached to this petition.





Service Type M

Form OM-501 12/16
Worker ID 23208

## In the Court of Common Pleas of DELAWARE County, Pennsylvania
### DOMESTIC RELATIONS SECTION

MICHELE DORMEVIL

           Plaintiff

vs.

MAXI DORMEVIL JR

           Defendant

)  Docket Number:        2023-00908
)
)  PACSES Case Number: 396302186
)
)  Other State ID Number:

### Order

**AND NOW** to wit, this FEBRUARY 4, 2025 it  is  hereby Ordered that:

ORDER DATED FROM JANUARY 3, 2025 IS VACATED REGARDING THE ORDER END DATING FOR CHILD, ERIN. PARTIES AGREED THE END DATED THE ORDER EFFECTIVE ERIN'S 18TH BIRTHDAY - FEBRUARY 27, 2025. REMAINING ARREARS OF $655.27 WILL BE REMAINING ON THE CASE. ONCE ARREARS ARE PAID IN FULL, CASE WILL BE SET FOR CLOSURE.

FILED
DOMESTIC RELATIONS
SECTION
2025 FEB -6  PM 4: 16
DEL. COUNTY

NOTICE PURSUANT TO RULE 236
MAILED 2/6/25  _____
    DOMESTIC RELATIONS

BY THE COURT:

_____
FEBRUARY 4, 2025
              Date

_____
                       JUDGE

Form OE-001 12/16
Worker ID 23105



Service Type M



# EXIBIT (B)

THIS IS THE EVIDENCE THAT THE DEFENDANTS, COLLECTIVELY OR INDIVIDUALLY CONSPIRED AND COMMITTED SECURITIES FRAUD, BY OPENING BONDS IN MY NAME AND DEGUISED BY USING THE CHILD SUPPORT  CASE NUMBER WITHOUT MY CONSENT. PROVING THAT THE DEFENDANTS HAD A FINANCIAL INTEREST IN THIS CASE AND VIOLATED MY RIGHTS TO DUE PROCESS IN ORDER TO PROFIT FINANCIALLY

10/21/25, 9:04 AM                                    IMG_3156.PNG

**12:33** ↗                                    ●ıll 5G<sup>y</sup> 🔋)



**irect.**                          Mailing Lists | About | News | Site          Sea

You are in: ▸ Indiv

| Treasury Securities & Programs | Research Center | Planning & Giving | Tools | For |

al › Tools › Calculate the Value of Your Paper Savings Bond(s)

❶ The following error(s) have occurred:

Impossible series/denomination selection. Valid
denomination values for Series EE and
Series I Bonds are as follows: $50; $75; $100; $200;
$500; $1,000; $5,000; $10,000.

## Calculate the Value of Your Paper Savings Bond(s)

**SAVINGS BOND CALCULATOR**

**Value as of:**

[ 10/2023 ]   ( UPDATE )                                   ❶ Help

| Series: | Denomination: | Bond Serial Number: | Issue Date: |
| I Bonds ◇ | 25 ◇ | 396302186 | 06/2023 |

( CALCULATE )                        HOW TO SAVE YOUR INVENTORY

Calculator Results for Redemption Date 10/2023

( 👓 View )   ( 🖨 Print )   ( 💾 Save )

| Total Price | Total Value | Total Interest |
| $15,887.50 | $15,934.84 | $47.34 |

### Bonds: 6-17 of 17

| Serial # | Series | Denom | Issue Date | Next Accrual | Final Maturity | Issue Price | Interest | Interest Rate |
|---|---|---|---|---|---|---|---|---|
| 396302186 | I | $50 | 06/2023 | 11/2023 | 06/2053 | $50.00 | $0.18 | 4.30% |
| 396302186 | I | $75 | 06/2023 | 11/2023 | 06/2053 | $75.00 | $0.27 | 4.30% |
| 396302186 | I | $100 | 06/2023 | 11/2023 | 06/2053 | $100.00 | $0.36 | 4.30% |
| 396302186 | I | $200 | 06/2023 | 11/2023 | 06/2053 | $200.00 | $0.72 | 4.30% |
| 396302186 | I | $500 | 06/2023 | 11/2023 | 06/2053 | $500.00 | $1.80 | 4.30% |
| 396302186 | I | $5,000 | 06/2023 | 11/2023 | 06/2053 | $5,000.00 | $18.00 | 4.30% |
| 396302186 | I | $1,000 | 06/2023 | 11/2023 | 06/2053 | $1,000.00 | $3.60 | 4.30% |
| 396302186 | I | $500 | 06/2023 | 11/2023 | 06/2053 | $500.00 | $1.80 | 4.30% |
| 396302186 | I | $200 | 06/2023 | 11/2023 | 06/2053 | $200.00 | $0.72 | 4.30% |
| 396302186 | EE | $200 | 06/2023 | 11/2023 | 06/2053 | $100.00 | $0.24 | 2.50% |
| 396302186 | EE | $10,000 | 06/2023 | 11/2023 | 06/2053 | $5,000.00 | $12.00 | 2.50% |
| 396302186 | EE | $5,000 | 06/2023 | 11/2023 | 06/2053 | $2,500.00 | $6.00 | 2.50% |

( VIEW ALL )   ( PREVIOUS )

## CALCULATE ANOTHER BOND

**Survey**

How would you rate this tool?

○ Excellent
○ Good
○ Fair
○ Poor

( SUBMIT )

# EXIBIT (C)

THIS IS EVIDENCE THAT THE MOTHER DEFRAUDED THE COURTS AND THE AGENCY BY TESTIFYING UNDER OATH THAT I WAS AN ABSENT FATHER, THE ARE SCREENSHOTS OF MONEY I WIRED HER FOR THE CHILD, FURNITURE,RENT, LIFE INSURANCE, AND PAYMENTS THAT THE CHILD SUPPORT AGENCY REFUSED TO CONSIDER PRIOR TO VIOLATING MY RIGHT TO DUE PROCESS, AND THE RIGHT TO BE HEARD OR ADDRESS THE COURT WITHOUT BEING THREATEN WITH INCARSERATION FOR EXECISING MY RIGHTS TO HAVE EQUAL ACCESS TO THE COURT AND EQUALE TREATMENT AND CONSIDERATION UNDER THE LAW

United Healthcare
Member: MAXI DORMEVIL
Member ID: 985313390
Group Number: 142290
Dependents
ERIN R DORMEVIL
RYDER SYSTEM, INC.
OPTION 1 PLAN
Payer ID 87726
DED IND/FAM
OOPM IND/FAM
INN: $750/$1500 $5400/$10800
OON: $1500/$3000 $10000/$20000
UnitedHealthcare Choice Plus
Administered by United HealthCare Services, Inc.
0501

10/22/25, 8:14 AM                          Screenshot 2023-06-07 at 5.22.38 PM.png

**5:22**                              ..ll 5G⁸ ▭

🛡 https://my.cigna.com/web/secure/cons...  ↻  ⬆

# Dental ID Card

Use your digital ID card when you access care. You can view it, print it, or save it to share with your provider.

**Viewing:** Front of Card | Back of Card

---

As of: 06/07/2023

 **Cigna**®

Cigna Dental
Erin Dormevil
ID: U47374702 03
Plan: Dental PPO
Account Number: 3170144

Network: Total Cigna Dppo
Coverage effective date: 05/17/2023

Details of your dental coverage cannot be shown on this card. For immediate help with your coverage, call Customer Service at the number on your ID card, otherwise visit myCigna.com or download the myCigna® mobile app for coverage info and ID cards on the go.

---

[ **Print** ]        Cancel

<        >                [14]        •••

10/22/25, 8:15 AM                                                   Dependent(s) Missing Information.png

**1:35**                                    ▪▮▮ 5G⁞ ▭

‹ ⓬                                          ∧    ∨

 **Workday NoReply**                    8:16 AM
**To:** Maxi Dormevil ›

# Dependent(s) Missing Information

A recent audit discovered that your dependent(s) have missing information such as Address, Birth Date, Gender and/or Social Security Number. For benefit purposes, please ensure that you add your dependent's information.

This alert will continue until all dependent's information has been updated accordingly.

<u>Click here to view the notification details.</u>



Note: Please do not reply to this message directly, as it is sent from an unmonitored mailbox. If you have any questions about this transaction, please feel free to contact Employee Services.

▭    ▭    ↩    ✎

## Fwd: Dependent(s) Missing Information

10/22/25, 8:15 AM                                                          IMG_0610.jpeg



DEPENDENT VERIFICATION CENTER
P.O. BOX 1415
LINCOLNSHIRE, IL 60069-1415
Return Service Requested

003284

6/2/2023

MAXI DORMEVIL
126 NORMANDY RR
UPPER DARBY, PA 19082

**TIME SENSITIVE MATERIALS ENCLOSED**

**Action Required:** Keep benefit coverage for your dependents.

As part of the benefits enrollment process, we need you to provide documentation we can use to verify the eligibility of your dependents. If you do not provide the required documents your dependent(s) will no longer be covered by your Ryder benefits and will not be eligible for COBRA.

**Please confirm the eligibility of your dependents listed below.**

| Name | Status | Due Date |
|------|--------|----------|
| Erin R Dormevil | Not verified | Jul 1, 2023 |

This list represents the status of each of your dependents as of the date of this letter. Any more recent activity will not be reflected. Please note you will be notified by mail of the results within 10-14 days after your documentation is received. You may also visit the website to view the results within 3-5 business days of faxing or uploading your documents.

Steps:
1. Match each person listed above with the correct type of dependent (they are listed on page 2).
2. Gather the required documents and review important information (listed on page 2).
3. Send your documents to the Dependent Verification Center.

**Submit your documents using one of the methods below.**

| Method | Instructions | Timing |
|--------|-------------|--------|
| Upload (for fastest results) using your computer or smartphone | www.yourdependentverification.com/plan-smart-info<br><br>**Login Name:** Your Dependent Verification ID. (Example 0000000)<br>Your Dependent Verification ID can be found at bottom of this letter.<br><br>**Password:** This is your date of birth in yyyymmdd format. (Example 19681011)<br>You will be instructed to change your password upon entering the secured site. | Expect a determination within 3 business days, but you can check the status online. |
| Secure Fax | Fax to 1-877-965-9555 using the fax cover page included at the end of this notice. | Expect a determination within 5 business days, but you can check the status online. |
| U.S. Mail | Dependent Verification Center P.O. Box 1414, Lincolnshire, IL 60069-1414 | Expect a determination in the mail within 21 business days. |

If you have questions, access FAQs online. You can also contact us through email through the Secure Mailbox option available on the Dependent... through Friday from 8 a.m. to 8 p.m. ET.



Maxi Dormevil (bef...



# Direct Debit

# $1,451.00
### Dec 5, 2022 at 1:07 AM

✓ Direct Debit



# Curts Premium
## Outlet Of G
Gastonia, NC

# $802.50

Dec 17, 2022 at 10:43 AM

Completed

FROM THE OFFICE OF THE CLERK OF COURT,
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Consent to Receive Notices of Electronic
Filing for Self-Represented Litigants Who are Not Incarcerated**

Parties who are not represented by an attorney and who are not currently incarcerated may use this form to consent to receive electronic notice of documents entered in their cases instead of receiving those documents by regular mail. Parties may not use this form unless they have already provided a valid physical mailing address.

**How to Access Documents Electronically**:

Under Federal Rules of Civil Procedure 5(b)(2)(E) and 77(d)(1), you may consent to receive electronic notifications of documents—including Court orders—that are filed in your case. If you consent to receive electronic notice by completing this form and returning it to the Clerk's Office, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. **You will no longer receive documents filed in your case by regular mail.** After receiving the Notice of Electronic Filing, you are permitted to view the document one time without cost within 15 days of receiving the email. You can access the document by clicking on the hyperlinked document number in the e-mail. If the document has attachments, you will be prompted to view all of the attachments on a subsequent screen. Please be advised that if you click on the case number instead of the document number, you will be directed to the Public Access to Court Electronic Records service (PACER) and will be prompted to pay for viewing the docket sheet for the case.

Once you click the hyperlink and access the documents in that filing, you will no longer be able to access those documents without cost. After 15 days from the date of the Notice of Electronic Filing, the hyperlink will no longer provide free access even if you have not already viewed your documents. **For these reasons, you should print or save the documents during the "free look" to avoid any future charges.** While a PACER account is not required to access most documents during a "free look" period, you will need a PACER account to access any restricted documents or to view documents outside of the "free look" period. To register for a PACER login and password, visit www.pacer.uscourts.gov or call 1-800-676-6856.

**Important Notice**:

If you consent to electronic notice, you should understand that:

1. You will no longer receive documents filed in your case, including Court orders, in the mail;

2. If you do not view and download your documents during your "free look" within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. Restricted documents can only be viewed by setting up an account through PACER;

4. This consent does **not** permit you to electronically file your documents. If you would like to electronically file your documents, you may use the Electronic Document Submission (EDS) tool available through the Court's website, or you may file a motion asking the Judge assigned to your case to permit you to file using the Court's Electronic Case Filing System. If you use either of these two systems to file documents with the Court, you will also receive electronic notice of orders and other filings in your case at the e-mail address you provide. *See* Local Rule 5.1.2(7)(a), (d), (e).

5. It will be your duty to regularly review the docket sheet for any case you have before the Court to make sure that you do not miss a filing. The docket contains the record of all filings in a case and may be viewed by using PACER, or it may be viewed for free at the Court's public terminals during business hours.

6. This consent will be valid unless or until you revoke the consent in writing. To revoke consent, you must file a "Revocation of Consent to Receive Notices of Electronic Filing" and file it in each case for which you do not wish to continue receiving notice electronically. You must include your current physical mailing address in any revocation to make sure that you continue to receive notice of filings in your case, including court orders.

**Consent**:

By signing this form, I consent to receive notice and service of all items required to be served under Federal Rules of Civil Procedure 5 and 77(d) by email transmission at the e-mail address I have provided on this form. In doing so, I waive my right to service by mail. I represent that I have regular access to my e-mail account and to the internet, and that I will check my account regularly for notices of electronic filing.

**I further agree to promptly notify the Clerk's Office in writing if there is any change to my e-mail address or mailing address within 14 days of the change as required by Local Rule 5.1(b).** I also agree to notify the Clerk's Office in writing by filing a "Revocation of Consent to Receive Notices of Electronic Filing" in each case for which I revoke my consent to receive notice electronically. I understand that electing to receive notices of electronic filing when documents are filed in my case does not grant me the ability to file or serve documents electronically.

List the case name and case number for which you want this consent to apply:

*Case name and number*: _____

This consent only applies to the case listed above. **To receive electronic notice in other cases, you must file a separate consent in each case for which you would like to receive electronic notice.**

10/22/25
Date

Maxi-Junior: dormevil
Signature

Maxi Junior dormevil
Printed Name

124 Normandy Rd
Mailing Address

upper darby    Pa (19082)
City, State, Zip Code

maxi dormevil.JR @ gmail.com
Email Address

Page 1

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

REC'D OCT 2 2 2025

Maxi Junior dormevil, Sui Juris
*Plaintiff/Petitioner*
)
)                    Civil Action No.
v.                   )
Delaware County Childsupport Enforcement Agency
Linda A Cartisano, Richard H. Lowe, And other unnamed defendants
*Defendant/Respondent*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

All Rights Reserved

Signed: By, Maxi Junior dormevil, without Recourse,     Date: 10/22/25

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 4500 mo | $ N/A | $ 0 | $ NA |
| Self-employment | $ 0 | $ — | $ 0 | $ — |
| Income from real property *(such as rental income)* | $ 0 | $ — | $ 0 | $ — |
| Interest and dividends | $ 0 | $ — | $ 0 | $ — |
| Gifts | $ 0 | $ — | $ 0 | $ — |
| Alimony | $ 0 | $ — | $ 0 | $ — |
| Child support | $ 0 | $ — | $ 0 | $ — |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ NA 0 | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ NA 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ 0 | $ | $ | $ |
| Other *(specify)*: | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ | $ | $ |

2.      List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Ryder | 325 S. 76 ST Philadelphia | 4/17/2023 | $ 4,500 mo |
| N/A | | | $ |

3.      List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.      How much cash do you and your spouse have? $ ___0___

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ N/A |
| Other real estate *(Value)* | $ N/A |
| Motor vehicle #1 *(Value)* | $ N/A |
| Make and year: | N/A |
| Model: | |
| Motor vehicle #2 *(Value)* | $ N/A |
| Make and year: | N/A |
| Model: | |
| Other assets *(Value)* | $ N/A |
| Other assets *(Value)* | $ N/A |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

7.  State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | N/A | — |
| | | — |
| | | |

Page 4

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☒ Yes ☐ No<br>Is property insurance included? ☐ Yes ☒ No | $ 1,600 | $ — |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $  ← | $ 500.00 mo |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $  ← | $ 500.00 mo |
| Clothing | $  ← | $ 200. mo |
| Laundry and dry-cleaning | $  ← | $ 120 mo |
| Medical and dental expenses | $ 400. mo | $ |
| Transportation *(not including motor vehicle payments)* | $ 75 mo | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $  ← | $ 140 mo |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 65.00 mo | $ |
|     Life: | $ 7.00 mo | $ |
|     Health: | $ 460. mo | $ |
|     Motor vehicle: | $ 387.00 mo | $ |
|     Other: | $ 200. mo | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ 387 mo | $ |
|     Credit card *(name)*: | $ 300 mo | $ |
|     Department store *(name)*: | $ — | $ |
|     Other: Credit Card debt, And Student loan | $ 340 mo | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

Page 5

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
|---|---|---|
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? *During the Winter months, work demand slows down and hours Are Typically Cut due to Holidays*

   ☑ Yes    ☐ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

   If yes, how much?  $ _____
   If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    ☐ Yes    ☑ No

   If yes, how much?  $ _____
   If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

   *your Honor, I Literally Live Paycheck to paycheck, Most times I have To Neglect pay a Utility bill Just to Afford Gas to go to work*

13. Identify the city and state of your legal residence.

   *I Am domiciled in Upper darby Region, of the Republic of Pennsylvan*

   Your daytime phone number: _484-466-1123_

   Your age: _49_    Your years of schooling: _Hyears High School, 1 year trade School_

   Last four digits of your social-security number: _8936_